UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

UNITED STATES OF AMERICA          :
                                                      :
            v.                                         :          No. 2:22-cr-00339-4
                                                      :
DOGUKAN YILMAZ                       :
_____

## O R D E R

**AND NOW**, this 21st day of September, 2023, upon consideration of the Government's Motion to Admit Audio and Video Recordings, ECF No. 34, and for the reasons set forth in the Opinion issued this date, **IT IS ORDERED THAT**:

1.      The Government's Motion to Admit Audio Recordings, ECF No. 34, is **GRANTED**.

2.      The Government has proven the accuracy and authenticity of the audio recordings for the purposes of *United States v. Starks*, 515 F.2d 112 (3d Cir. 1975), and the video and audio recordings and transcripts the Government intends to introduce at trial are admissible.

3.      This Order is entered without prejudice to any objection or argument that defense counsel may make at trial as to the weight or admissibility of the recordings that does not rely upon *Starks*.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge

1
092123